**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MIRIAM LEVY,**

    **Plaintiff,**

v.                                                    **Case No. 6:10-cv-183-Orl-35GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Complaint and appeal from a final decision of the Commissioner of Social Security denying her application for benefits.  (Dkt. 1.)  On January 6, 2011, United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Dkt. 19), recommending that (1) the Commissioner's decision to deny benefits be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further development of the medical record and (2) that the Clerk be directed to enter judgment in favor of Plaintiff and close the case.  (Dkt. 19 at 25.)  Neither party filed objections, and the deadline to do so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).

This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo,* even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation and an independent examination of the file, the Report and Recommendation is adopted, confirmed, and approved in all respects, and it is hereby **ORDERED** that:

1. The Commissioner's decision is **REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g)** for further proceedings and development of the medical record as set forth in the Report and Recommendation (Dkt. 19) issued by Judge Kelly; and

2. The Clerk is **DIRECTED** directed to enter Judgment in favor of Plaintiff and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 3rd day of February 2011.

*MARY S. SCRIVEN*
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record